# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### WESTERN DIVISION

| | |
|---|---|
| PATRICIA SYLING, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 7:23-cv-00725-RDP-JHE |
| ) | |
| WARDEN NEELY, ) | |
| ) | |
| Respondent. ) | |

## REPORT AND RECOMMENDATION

Petitioner Patricia Syling filed a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. (Doc. 1). In accordance with the usual practices of this court and 28 U.S.C. § 636(b)(1), the petition is before the undersigned magistrate judge for a preliminary report and recommendation. *See McCarthy v. Bronson*, 500 U.S. 136 (1991). As explained below, the undersigned recommends the court dismiss this action pursuant to Federal Rule of Civil Procedure Rule 41(b) based on Syling's failure to prosecute her claims.

### I. Analysis

When Syling filed the petition, she was incarcerated at FCI-Aliceville in Aliceville, Alabama. (Doc. 1 at 1). The Clerk advised Syling that her claims may be dismissed if she did not keep the court advised of her current mailing address. (Doc. 2 at 1). Syling was released from federal custody on July 3, 2023. (Doc. 9-1 at 2). However, Syling has failed to notify the court of her current address.

On August 14, 2023, the undesigned entered an order directing Syling to file a notice within 14 days confirming her current mailing address and whether she wished to continue prosecuting this action. (Doc. 11 at 1). If Syling wished to continue prosecuting this action, the undersigned further directed her to respond to the respondent's motion to dismiss (doc. 9) within

14 days. (Doc. 11 at 1). Because the court does not have a current address for Syling, the undersigned directed the Clerk to mail the order to Syling at her address of record. (Doc. 11 at 1).

More than 14 days have elapsed, and the court has not received a response from Syling. Because Syling has failed to notify the court of her current address where case related papers may be sent, the undersigned recommends the court dismiss this action based on Syling's failure to prosecute her claims. FED. R. CIV. P. 41(b).

## II. Recommendation

Based on the foregoing, the undersigned **RECOMMENDS** the court **DISMISS** this action **WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(b) based on Syling's failure to prosecute her claims.

## III. Notice of Right to Object

The petitioner may file specific written objections to this report and recommendation. The petitioner must file any objections with the Clerk of Court within 14 calendar days from the date the report and recommendation is entered. Objections should specifically identify all findings of fact and recommendations to which objection is made and the specific basis for objecting. Objections also should specifically identify all claims contained in the petition that the report and recommendation fails to address. Objections should not contain new allegations, present additional evidence, or repeat legal arguments.

Failing to object to factual and legal conclusions contained in the magistrate judge's findings or recommendations waives the right to challenge on appeal those same conclusions adopted in the district court's order. In the absence of a proper objection, however, the court

may review on appeal for plain error the unobjected to factual and legal conclusions if necessary in the interests of justice.  11th Cir. R. 3-1.

On receipt of objections, a United States District Judge will review *de novo* those portions of the report and recommendation to which specific objection is made and may accept, reject, or modify in whole or in part, the undersigned's findings of fact and recommendations. The district judge also may refer this action back to the undersigned with instructions for further proceedings.

The petitioner may not appeal the magistrate judge's report and recommendation directly to the United States Court of Appeals for the Eleventh Circuit.  The petitioner may only appeal from a final judgment entered by a district judge.

DONE this 29th day of August, 2023.

_____
**JOHN H. ENGLAND, III**
UNITED STATES MAGISTRATE JUDGE