FILED
2023 Sep-12  PM 04:58
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| **PATRICIA SYLING,** | ) |
| Petitioner, | ) |
| v. | ) Case No. 7:23-cv-00725-RDP-JHE |
| **WARDEN NEELY,** | ) |
| Respondent. | ) |

## ORDER OF DISMISSAL

Petitioner Patricia Syling filed a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. (Doc. 1). When Petitioner filed the petition, she was incarcerated at FCI-Aliceville in Aliceville, Alabama. (Doc. 1 at 1). The Clerk of Court notified Petitioner that her claims may be dismissed if she did not keep the court advised of her current mailing address. (Doc. 2 at 1). Petitioner was released from federal custody on July 3, 2023. (Doc. 9-1 at 2). However, she has failed to notify the court of her current mailing address.

On August 29, 2023, the Magistrate Judge entered a Report and Recommendation recommending the court dismiss this action pursuant to Federal Rule of Civil Procedure 41(b) based on Petitioner's failure to prosecute her claims. (Doc. 12). Because the court does not have a current mailing address for Petitioner, the Clerk mailed the Report and Recommendation to her at FCI-Aliceville, her address of record. (Doc. 13). On September 11, 2023, the Postal Service returned the Report and Recommendation as undeliverable. (Doc. 13).

Having carefully reviewed and considered *de novo* all the materials in the court file, including the Report and Recommendation, the court **ADOPTS** the Magistrate Judge's Report and **ACCEPTS** his recommendation. Accordingly, this action is **DISMISSED WITHOUT**

**PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(b) based on Petitioner's failure to prosecute her claims. Respondent's motion to dismiss is **DENIED** as moot. (Doc. 9).

    **DONE** and **ORDERED** this September 12, 2023.

                                         _____
                                         **R. DAVID PROCTOR**
                                         UNITED STATES DISTRICT JUDGE